# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                             Petitioner,<br>   vs.<br>SALLY DAWN COBB,<br><br>                             Respondent. | CASE NO. 08cv997-IEG(RBB)<br><br>Order Dismissing Petition |

Based upon the Government's June 30, 2009 notice that Respondent has now fully complied with the IRS Summonses and this Court's June 15, 2009 order, the Court hereby dismisses the Petition and orders that this case be closed.

**IT IS SO ORDERED**.

**DATED: July 1, 2009**

                                                                           *Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**